[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**March 27, 2006**
**THOMAS  K. KAHN**
**CLERK**

_____

No. 05-14999
Non-Argument Calendar

_____

D. C. Docket No. 04-14022-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH MAURICE MCFADDEN,
a.k.a. Shine,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 27, 2006)**

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Leon D. Watts, appointed counsel for Keith Maurice McFadden in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McFadden's conviction and sentence are **AFFIRMED**.